FILED
JUN -5 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America<br><br>v.<br><br>SONJA EMERY,<br><br>Defendant. | Case No. 18-mj-70709-MAG-1 (KAW)<br><br>Charging District: Eastern Michigan<br>Charging District's Case No.: 2:18-cr-20240 LJM |

**ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL**

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. The time and place to appear in that court are as follows:

| Place: US District Court<br>231 W. Lafayette Blvd.<br>Detroit, MI 48226 | Courtroom No.:<br><br>Date and Time: June 18, 2018 2:00 p.m. |
|---|---|

If the date or time to appear in that court has not yet been set, the defendant must appear when notified to do so.

The clerk is ordered to transfer any bail deposited in the registry of this court, plus earned interest, to the clerk of the court where the charges are pending.

Dated: 6/5/18

*/s/ Kandis Westmore*
KANDIS A. WESTMORE
United States Magistrate Judge